———◄o●o►———

LEE & GANTT, Respondents, v. PARKER, Appellants.

1. Mitchell v. Parker, ante, p. 31, affirmed.

*Appeal from St. Louis Land Court.*

*Morehead*, for appellant.
*O. G. Cates*, for respondents.

Scott, Judge. This case is in all respects like that of D. D. Mitchell v. Wm. Parker, decided at the present term of the court, and a like judgment will be entered. Judgment affirmed ; Judge Ryland concurring ; Judge Leonard absent.